1116

No. 84–1344.   SAGINAW MINING CO. v. GIBAS ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–1351.   AKOOTCHOOK ET AL. v. UNITED STATES ET AL. C. A. 9th Cir.   Certiorari denied.

No. 84–1365.   PUBLIC UTILITY DISTRICT No. 1 OF CHELAN COUNTY, WASHINGTON v. CONFEDERATED TRIBES AND BANDS OF THE YAKIMA INDIAN NATION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 84–1366.   BOARD OF EDUCATION OF THE CITY OF CHICAGO v. UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 84–1378.   RENARD v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 84–1490.   NELSON v. PIEDMONT AVIATION, INC.   C. A. 4th Cir.   Certiorari denied.

No. 84–1520.   CAMEO CONVALESCENT CENTER, INC. v. WILLKOM.   C. A. 7th Cir.   Certiorari denied.

No. 84–1532.   NEVADA ET AL. v. OLIVER.   C. A. 9th Cir. Certiorari denied.

No. 84–1535.   CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE v. GERLING GLOBAL GENERAL INSURANCE CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–1541.   DEWBERRY v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–1544.   MILLER v. COMMISSIONER OF REVENUE OF MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 84–1546.   MCGINNIS, WARDEN, ET AL. v. ROBINSON. C. A. 7th Cir.   Certiorari denied.